UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ahmed M. Awad

Case No.: 17-13201
Chapter: 7
Judge: VFP

## NOTICE OF PROPOSED ABANDONMENT

__Eric R. Perkins__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __May 2, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 156 President Street
Hempstead, NY  11550

Fair Market Value: $219,000 |

| Liens on property: | Subject to a first mortgage held by Green Tree Servicing on which there is due approximately $312,000. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-13201-VFP
Ahmed M. Awad                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Mar 31, 2017
                              Form ID: pdf905          Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
```
db          +Ahmed M. Awad,    953 Maple Avenue,    Ridgefield, NJ 07657-1107
cr          +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
516653993   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     4161 Piedmont Parkway,    NC4-105-03-14,
              Greensboro, NC 27410)
516653994   +Bank Of America,    5701 Horatio Street,    Utica, NY 13502-1024
516653999   +Bank Of America, N.A.,    4909 Savarese Circle,    FI 19080147,    Tampa, FL 33634-2413
516653996   +Bank Of America, N.A.,    A/K/A BAC Home Loans Servicing LP,    1800 Tapo Canyon,    CA6-914-01-91,
              Simi Valley, CA 93063-6712
516653998   +Bank Of America, N.A.,    F/K/A BAC Home Loans Servicing, LP,    450 American Street,    #SV416,
              Simi Valley, CA 93065-6285
516654000   +Berkman, Henoch, Peterson, Peddy &,    Fenchel, P.C.,    100 Garden City Plaza,
              Garden City, NY 11530-3339
516654002   +Chase Bank,    C/O Bank One,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822
516654001    Chase Bank,    C/O Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
516654003   +Chase Bank,    C/O Bank One,    PO Box 15548,    Wilmington, DE 19886-5548
516654012   +CitiMortgage, Inc.,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
516654013    CitiMortgage, Inc.,    Mail Stop 730,    1000 Technology Drive,    O'Fallon, MO 63368-2240
516654015    CitiMortgage, Inc.,    P.O. Box 6181,    Sioux Falls, SD 57117-6181
516654014   +CitiMortgage, Inc.,    P.O. Box 769006,    San Antonio, TX 78245-9006
516654004   +Citibank, NA,    P.O. Box 6181,    Sioux Falls, SD 57117-6181
516654005    Citibank, NA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516654006    Citibank, NA,    Mail Stop 504A,    1000 Technology Drive,    O Fallon, MO 63368-2240
516654007    Citibank, NA,    PO Box 769004,    San Antonio, TX 78245-9004
516654010   +Citibank, SD, NA,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
516654009   +Citibank, SD, NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
516654011   +Citibank, SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
516654016   +David E. Weissman, Esq.,    585 Stewart Avenue,    Garden City, NY 11530-4783
516654017   +Euclid Financial LLC,    89 North Haddon Avenue,    Haddonfield, NJ 08033-2473
516654020   ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
             (address filed with court: Forster, Garbus & Garbus,     500 Bi County Boulevard,
              Farmingdale, NY 11735)
516654018   +Flowers & O'Brien, LLC,    70 Adams Street, 4th Floor,    Hoboken, NJ 07030-8441
516654024   +HSBC Retail Services,    C/O Best Buy, Co.,    P.O. Box 9,    Buffalo, NY 14240-0009
516654025   +HSBC Retail Services,    C/O Best Buy, Co.,    P.O. Box 5253,    Carol Stream, IL 60197-5253
516654026   +HSBC Retail Services,    C/O Best Buy, Co.,    P.O. Box 5893,    Carol Stream, IL 60197-5893
516654035   +Macys,    PO Box 8053,    Mason, OH 45040-8053
516654036   +Macys,    PO Box 8218,    Mason, OH 45040-8218
516654038   +Margate Tenants Corporation,    c/o Corner Property Management,    P.O. Box 297,
              Springfield, NJ 07081-0297
516654037   +Margate Tenants Corporation,    176 Evergreen Road,    Edison, NJ 08837-2486
516654039   +Minion and Sherman,    33 Clinton Road, Suite 105,    West Caldwell, NJ 07006-6790
516654040   +Nassau County Sheriff's Office,    Department of Mineola Office,    240 Old County Road,
              Mineola, NY 11501-4226
516654043   #+Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Avenue, Suite 403,    Roseland, NJ 07068-1787
516654044   +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
              Mt. Laurel, NJ 08054-3437
516654048   +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516654049    Remex, Inc.,    Revenue Management Excellance,    307 Wall Street,    Princeton, NJ 08540-1515
516654052   +Rubin & Rothman, LLC,    190 North Avenue East,    P.O. Box 8,    Cranford, NJ 07016-0008
516654053   +Saldutti, LLC,    Robert L. Saldutti, Esq.,    800 North Kings Highway, Suite 300,
              Cherry Hill, NJ 08034-1511
516654056   +Supreme Court, Nassau County,    Foreclosure,    100 Supreme Court Drive,    Room 03 Lower Level,
              Mineola, NY 11501-4815
516654062   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,     4 Gatehall Drive Suite 350,
              Parsippany, NJ 07054)
516654060   +The Law Offices of Jace C. McColley LLC,    266 Lake Avenue,    Metuchen, NJ 08840-2421
516654063   +Toyota Motor Credit Corporation,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
516654065   +University Radiology Group PC,    PO Box 1075,    579A Cranbury Road,
              East Brunswick, NJ 08816-5426
516654066   +University Radiology Group PC,    1 Robert Wood Johnson Place,    New Brunswick, NJ 08901-1928
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 22:37:46    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 22:37:44     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516654019   +E-mail/Text: fggbanko@fgny.com Mar 31 2017 22:37:32     Forster, Garbus & Garbus,
              7 Banta Place,    Hackensack, NJ 07601-5604
516654023    E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 22:34:08     Green Tree Servicing, LLC,
              332 Minnesota Street, Suite 610,    Saint Paul, MN 55101
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Mar 31, 2017
                               Form ID: pdf905              Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516654021      E-mail/Text: bankruptcy.bnc@ditech.com Mar 31 2017 22:37:40      Green Tree Servicing, LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
516654022     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 31 2017 22:37:40      Green Tree Servicing, LLC,
                1400 Turbine Drive,    Rapid City, SD 57703-4719
516654028     +E-mail/Text: masmith@jfkhealth.org Mar 31 2017 22:37:59      JFK Medical Center,
                P.O. Box 11913,    Newark, NJ 07101-4913
516654027     +E-mail/Text: masmith@jfkhealth.org Mar 31 2017 22:37:59      JFK Medical Center,
                80 James Street, 4th Floor,    Edison, NJ 08820-3938
516654029     +E-mail/Text: ebn@ltdfin.com Mar 31 2017 22:37:41      LTD Financial Services, L.P.,
                A/K/A Avantage Assets II, Inc.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516654030      E-mail/Text: ebn@ltdfin.com Mar 31 2017 22:37:41      LTD Financial Services, L.P.,
                A/K/A Avantage Assets II, Inc.,    PO Box 630788,    Houston, TX 77263-0788
516654033      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2017 22:34:15       LVNV Funding, LLC,
                A/K/A Resurgent Capital Services, LP,    55 Beattie Place, Suite 110,
                Greenville, SC 29601-5115
516654032     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2017 22:34:09       LVNV Funding, LLC,
                A/K/A Resurgent Capital Services, LP,    9700 Bissonnet Street, Suite 2000,
                Houston, TX 77036-8016
516654031     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2017 22:34:09       LVNV Funding, LLC,
                A/K/A Resurgent Capital Services, LP,    PO Box 10497,    Greenville, SC 29603-0497
516654041     +E-mail/PDF: bankruptcy@ncfsi.com Mar 31 2017 22:34:15      New Century Financial Services, Inc.,
                110 S. Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
516654042      E-mail/PDF: bankruptcy@ncfsi.com Mar 31 2017 22:34:15      New Century Financial Services, Inc.,
                2 Ridgedale Avenue, Suite 104,    Cedar Knolls, NJ 07927-1118
516654047      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 22:53:53
                Portfolio Recovery Associates, LLC,    140 Corporate Boulevard,    Norfolk, VA 23502
516654046      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 22:41:30
                Portfolio Recovery Associates, LLC,    ATTN: Bankruptcy Department,    PO Box 12914,
                Norfolk, VA 23541
516654045      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 22:41:53
                Portfolio Recovery Associates, LLC,    Riverside Commerce Center,
                120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4962
516654051     +E-mail/Text: paola.flores@rwjbh.org Mar 31 2017 22:38:04
                Robert Wood Johnson University Hospital,    ATTN: Patient Account Department,
                120 Albany Street, Tower 2, 6th Floor,    New Brunswick, NJ 08901-2126
516654050     +E-mail/Text: paola.flores@rwjbh.org Mar 31 2017 22:38:04
                Robert Wood Johnson University Hospital,    One Robert Wood Johnson Place,
                New Brunswick, NJ 08901-1966
516654055     +E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 22:41:38       Springleaf Financial Services,
                P.O. Box 3281,    Evansville, IN 47732-3281
516654054     +E-mail/PDF: cbp@onemainfinancial.com Mar 31 2017 22:34:14       Springleaf Financial Services,
                600 NW Second Street,    Evansville, IN 47708-1014
516654057     +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 22:34:13       Synchrony Bank,
                C/O PC Richard & Son,    P.O. Box 965005,    Orlando, FL 32896-5005
516654058     +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 22:34:08       Synchrony Bank,
                C/O PC Richard & Son,    PO Box 965036,    Orlando, FL 32896-5036
516654059     +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 22:34:13       Synchrony Bank,
                C/O PC Richard & Son,    Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
516654064      E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 22:37:37      U.S. Department Of Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516653992*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998-2235)
516653995*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX 79998-2238)
516653997*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America, N.A.,     4161 Piedmont Parkway,    NC4-105-03-14,
                Greensboro, NC 27410)
516654008*     Citibank, NA,    Mail Stop 504A,    1000 Technology Drive,    O'Fallon, MO 63368-2240
516654061*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     5005 N. River Boulevard NE,
                Cedar Rapids, IA 52411-6634)
516654034    ##+Macy*s,    PO Box 17759,    Clearwater, FL 33762-0759
                                                                                         TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2                  User: admin                      Page 3 of 3                  Date Rcvd: Mar 31, 2017
                                      Form ID: pdf905                  Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Roger   Chavez    on behalf of Debtor Ahmed M. Awad rchavez01@aol.com,   rchavez@chavezlegal.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```