**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ahmed M. Awad<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2388<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–13201–VFP

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ahmed M. Awad

5/23/17                                                           **By the court:**   Vincent F. Papalia
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13201-VFP
Ahmed M. Awad                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3           Date Rcvd: May 23, 2017
                            Form ID: 318             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
```
db         +Ahmed M. Awad,    953 Maple Avenue,    Ridgefield, NJ 07657-1107
cr         +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
516653999  +Bank Of America, N.A.,    4909 Savarese Circle,    FI 19080147,    Tampa, FL 33634-2413
516654000  +Berkman, Henoch, Peterson, Peddy &,    Fenchel, P.C.,    100 Garden City Plaza,
             Garden City, NY 11530-3339
516654012  +CitiMortgage, Inc.,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
516654015   CitiMortgage, Inc.,    P.O. Box 6181,    Sioux Falls, SD 57117-6181
516654014  +CitiMortgage, Inc.,    P.O. Box 769006,    San Antonio, TX 78245-9006
516654004  +Citibank, NA,    P.O. Box 6181,    Sioux Falls, SD 57117-6181
516654006   Citibank, NA,    Mail Stop 504A,    1000 Technology Drive,    O Fallon, MO 63368-2240
516654007   Citibank, NA,    PO Box 769004,    San Antonio, TX 78245-9004
516654016  +David E. Weissman, Esq.,    585 Stewart Avenue,    Garden City, NY 11530-4783
516654017  +Euclid Financial LLC,    89 North Haddon Avenue,    Haddonfield, NJ 08033-2473
516654020 ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
             (address filed with court: Forster, Garbus & Garbus,     500 Bi County Boulevard,
             Farmingdale, NY 11735)
516654018  +Flowers & O'Brien, LLC,    70 Adams Street, 4th Floor,    Hoboken, NJ 07030-8441
516654038  +Margate Tenants Corporation,    c/o Corner Property Management,    P.O. Box 297,
             Springfield, NJ 07081-0297
516654037  +Margate Tenants Corporation,    176 Evergreen Road,    Edison, NJ 08837-2486
516654039  +Minion and Sherman,    33 Clinton Road, Suite 105,    West Caldwell, NJ 07006-6790
516654040  +Nassau County Sheriff's Office,    Department of Mineola Office,    240 Old County Road,
             Mineola, NY 11501-4226
516654043 #+Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Avenue, Suite 403,    Roseland, NJ 07068-1787
516654044  +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
             Mt. Laurel, NJ 08054-3437
516654048  +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516654049   Remex, Inc.,    Revenue Management Excellance,    307 Wall Street,    Princeton, NJ 08540-1515
516654052  +Rubin & Rothman, LLC,    190 North Avenue East,    P.O. Box 8,    Cranford, NJ 07016-0008
516654053  +Saldutti, LLC,    Robert L. Saldutti, Esq.,    800 North Kings Highway, Suite 300,
             Cherry Hill, NJ 08034-1511
516654056  +Supreme Court, Nassau County,    Foreclosure,    100 Supreme Court Drive,    Room 03 Lower Level,
             Mineola, NY 11501-4815
516654060  +The Law Offices of Jace C. McColley LLC,    266 Lake Avenue,    Metuchen, NJ 08840-2421
516654065  +University Radiology Group PC,    PO Box 1075,    579A Cranbury Road,
             East Brunswick, NJ 08816-5426
516654066  +University Radiology Group PC,    1 Robert Wood Johnson Place,    New Brunswick, NJ 08901-1928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 23 2017 21:13:03     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2017 21:13:03     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516653993   EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America,    4161 Piedmont Parkway,
             NC4-105-03-14,    Greensboro, NC 27410
516653992   EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America,    PO Box 982235,
             El Paso, TX 79998-2235
516653995   EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America,    PO Box 982238,
             El Paso, TX 79998-2238
516653997   EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America, N.A.,    4161 Piedmont Parkway,
             NC4-105-03-14,    Greensboro, NC 27410
516653994  +EDI: BANKAMER2.COM May 23 2017 21:03:00     Bank Of America,    5701 Horatio Street,
             Utica, NY 13502-1024
516653996  +EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America, N.A.,
             A/K/A BAC Home Loans Servicing LP,    1800 Tapo Canyon,    CA6-914-01-91,
             Simi Valley, CA 93063-6712
516653998  +EDI: BANKAMER.COM May 23 2017 21:03:00     Bank Of America, N.A.,
             F/K/A BAC Home Loans Servicing, LP,    450 American Street,    #SV416,
             Simi Valley, CA 93065-6285
516654002  +EDI: CHASE.COM May 23 2017 21:03:00     Chase Bank,    C/O Bank One,    800 Brooksedge Boulevard,
             Westerville, OH 43081-2822
516654001  +EDI: CHASE.COM May 23 2017 21:03:00     Chase Bank,    C/O Bank One,    PO Box 15298,
             Wilmington, DE 19850-5298
516654003  +EDI: CHASE.COM May 23 2017 21:03:00     Chase Bank,    C/O Bank One,    PO Box 15548,
             Wilmington, DE 19886-5548
516654013   EDI: CIAC.COM May 23 2017 21:03:00     CitiMortgage, Inc.,    Mail Stop 730,
             1000 Technology Drive,    O'Fallon, MO 63368-2240
516654005   EDI: CITICORP.COM May 23 2017 21:03:00     Citibank, NA,    PO Box 6497,
             Sioux Falls, SD 57117-6497
516654010  +EDI: CITICORP.COM May 23 2017 21:03:00     Citibank, SD, NA,    701 East 60th Street N,
             Sioux Falls, SD 57104-0493
```

```
District/off: 0312-2          User: admin                  Page 2 of 3                  Date Rcvd: May 23, 2017
                              Form ID: 318                 Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516654009      +EDI: CITICORP.COM May 23 2017 21:03:00      Citibank, SD, NA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
516654011      +EDI: CITICORP.COM May 23 2017 21:03:00      Citibank, SD, NA,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
516654019      +E-mail/Text: fggbanko@fgny.com May 23 2017 21:12:58      Forster, Garbus & Garbus,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516654023       EDI: RMSC.COM May 23 2017 21:03:00      Green Tree Servicing, LLC,
                 332 Minnesota Street, Suite 610,   Saint Paul, MN 55101
516654021       E-mail/Text: bankruptcy.bnc@ditech.com May 23 2017 21:13:01      Green Tree Servicing, LLC,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
516654022      +E-mail/Text: bankruptcy.bnc@ditech.com May 23 2017 21:13:01      Green Tree Servicing, LLC,
                 1400 Turbine Drive,   Rapid City, SD 57703-4719
516654024      +EDI: HFC.COM May 23 2017 21:03:00      HSBC Retail Services,    C/O Best Buy, Co.,   P.O. Box 9,
                 Buffalo, NY 14240-0009
516654025      +EDI: HFC.COM May 23 2017 21:03:00      HSBC Retail Services,    C/O Best Buy, Co.,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
516654026      +EDI: HFC.COM May 23 2017 21:03:00      HSBC Retail Services,    C/O Best Buy, Co.,
                 P.O. Box 5893,   Carol Stream, IL 60197-5893
516654028      +E-mail/Text: masmith@jfkhealth.org May 23 2017 21:13:06      JFK Medical Center,
                 P.O. Box 11913,   Newark, NJ 07101-4913
516654027      +E-mail/Text: masmith@jfkhealth.org May 23 2017 21:13:06      JFK Medical Center,
                 80 James Street, 4th Floor,   Edison, NJ 08820-3938
516654029      +EDI: LTDFINANCIAL.COM May 23 2017 21:03:00      LTD Financial Services, L.P.,
                 A/K/A Avantage Assets II, Inc.,   7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
516654030       EDI: LTDFINANCIAL.COM May 23 2017 21:03:00      LTD Financial Services, L.P.,
                 A/K/A Avantage Assets II, Inc.,   PO Box 630788,   Houston, TX 77263-0788
516654033       EDI: RESURGENT.COM May 23 2017 21:03:00      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,   55 Beattie Place, Suite 110,
                 Greenville, SC 29601-5115
516654032      +EDI: RESURGENT.COM May 23 2017 21:03:00      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,   9700 Bissonnet Street, Suite 2000,
                 Houston, TX 77036-8016
516654031      +EDI: RESURGENT.COM May 23 2017 21:03:00      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,   PO Box 10497,   Greenville, SC 29603-0497
516654034      +EDI: TSYS2.COM May 23 2017 21:03:00      Macy*s,    PO Box 17759,   Clearwater, FL 33762-0759
516654035      +EDI: TSYS2.COM May 23 2017 21:03:00      Macy*s,    PO Box 8053,   Mason, OH 45040-8053
516654036      +EDI: TSYS2.COM May 23 2017 21:03:00      Macy*s,    PO Box 8218,   Mason, OH 45040-8218
516654041      +E-mail/PDF: bankruptcy@ncfsi.com May 23 2017 21:02:06      New Century Financial Services, Inc.,
                 110 S. Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
516654042       E-mail/PDF: bankruptcy@ncfsi.com May 23 2017 21:02:24      New Century Financial Services, Inc.,
                 2 Ridgedale Avenue, Suite 104,   Cedar Knolls, NJ 07927-1118
516654047       EDI: PRA.COM May 23 2017 21:03:00      Portfolio Recovery Associates, LLC,
                 140 Corporate Boulevard,   Norfolk, VA 23502
516654046       EDI: PRA.COM May 23 2017 21:03:00      Portfolio Recovery Associates, LLC,
                 ATTN: Bankruptcy Department,   PO Box 12914,   Norfolk, VA 23541
516654045       EDI: PRA.COM May 23 2017 21:03:00      Portfolio Recovery Associates, LLC,
                 Riverside Commerce Center,   120 Corporate Boulevard, Suite 100,   Norfolk, VA 23502-4962
516654051      +E-mail/Text: paola.flores@rwjbh.org May 23 2017 21:13:10
                 Robert Wood Johnson University Hospital,   ATTN: Patient Account Department,
                 120 Albany Street, Tower 2, 6th Floor,   New Brunswick, NJ 08901-2126
516654050      +E-mail/Text: paola.flores@rwjbh.org May 23 2017 21:13:10
                 Robert Wood Johnson University Hospital,   One Robert Wood Johnson Place,
                 New Brunswick, NJ 08901-1966
516654055      +EDI: AGFINANCE.COM May 23 2017 21:03:00      Springleaf Financial Services,   P.O. Box 3281,
                 Evansville, IN 47732-3281
516654054      +EDI: AGFINANCE.COM May 23 2017 21:03:00      Springleaf Financial Services,
                 600 NW Second Street,   Evansville, IN 47708-1014
516654057      +EDI: RMSC.COM May 23 2017 21:03:00      Synchrony Bank,    C/O PC Richard & Son,
                 P.O. Box 965005,   Orlando, FL 32896-5005
516654058      +EDI: RMSC.COM May 23 2017 21:03:00      Synchrony Bank,    C/O PC Richard & Son,   PO Box 965036,
                 Orlando, FL 32896-5036
516654059      +EDI: RMSC.COM May 23 2017 21:03:00      Synchrony Bank,    C/O PC Richard & Son,
                 Bankruptcy Dept.,   P.O. Box 965061,   Orlando, FL 32896-5061
516654062       EDI: TFSR.COM May 23 2017 21:03:00      Toyota Motor Credit Corporation,
                 4 Gatehall Drive Suite 350,   Parsippany, NJ 07054
516654061       EDI: TFSR.COM May 23 2017 21:03:00      Toyota Motor Credit Corporation,
                 5005 N. River Boulevard NE,   Cedar Rapids, IA 52411-6634
516654063      +EDI: TFSR.COM May 23 2017 21:03:00      Toyota Motor Credit Corporation,   P.O. Box 9786,
                 Cedar Rapids, IA 52409-0004
516654064       EDI: IRS.COM May 23 2017 21:03:00      U.S. Department Of Treasury,   Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTAL: 50
```

```
District/off: 0312-2         User: admin              Page 3 of 3             Date Rcvd: May 23, 2017
                             Form ID: 318             Total Noticed: 78
```

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516654008*       Citibank, NA,    Mail Stop 504A,    1000 Technology Drive,    O'Fallon, MO 63368-2240
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Roger  Chavez    on behalf of Debtor Ahmed M. Awad rchavez01@aol.com,    rchavez@chavezlegal.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5